UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDI PENDER,

                Plaintiff (s),

    v.

CHUGACH FEDERAL SOLUTIONS INC,

                Defendant (s).

CASE NO. 3:19–cv–05483–RJB

MINUTE ORDER SETTING TRIAL AND PRETRIAL DATES

| | |
|---|---|
| FIVE DAYS JURY TRIAL set for | September 28, 2020 at 09:30 AM |
| Deadline for the FILING of any motion to join parties | September 30, 2019 |
| Disclosure of expert testimony under FRCP 26(a)(2) | April 1, 2020 |
| All motions related to discovery must be FILED by | May 11, 2020 |
| Discovery COMPLETED by | June 1, 2020 |
| All dispositive motions must be FILED by | June 30, 2020 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference. | August 31, 2020 |
| Agreed pretrial order LODGED with the court by | September 11, 2020 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | September 18, 2020 at 08:30 AM |
| Trial briefs, proposed voir dire & jury instructions due * | September 18, 2020 |

    *JURY INSTRUCTIONS See Local Civil Rule LCR51. A Manual of Model Civil Jury Instructions For the Ninth Circuit – Latest Edition should be used as the format for proposed jury instructions. See www.wawd.uscourts.gov.

Minute Order Setting Trial, Pretrial Dates and Ordering Mediation – Page 1

1  PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW need not be submitted unless specifically requested by the Judge.

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

If this case is settled, please advise Tyler Campbell, Courtroom Deputy to Judge Bryan, immediately at (253) 882–3822. If this case is not settled, it will go to trial on the date set or as soon thereafter as the court is available.

DATED: August 19, 2019

The foregoing Minute Order entered by  /s/ Tyler Campbell_  Deputy Clerk, **BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.**