THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRANDI PENDER,

        Plaintiff,

v.

CHUGACH FEDERAL SOLUTIONS, INC., a foreign corporation registered in Washington,

        Defendant.

No.: 3:19-cv-05483-RJB

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE

Based upon the parties' stipulated motion and good cause shown therein, it is hereby ORDERED that the parties' Stipulated Motion to Continue Trial Date is GRANTED. The trial date in this matter shall be continued to March 29, 2021.

The amended case schedule is as follows:

| CASE EVENT | DEADLINE |
| --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 1, 2020 |
| All motions related to discovery must be FILED by | November 11, 2020 |
| Discovery COMPLETED by | December 1, 2020 |
| All dispositive motions must be FILED by | December 30, 2020 |
| Motions in limine should be FILED and NOTED on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference | March 1, 2021 |
| Agreed pretrial order LODGED with the court by | March 11, 2021 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
NO.: 3:19-CV-05483-RJB

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| Pretrial conference will be HELD on (Counsel shall report to COURTROOM A) | March 19, 2021 at 8:30 AM |
|---|---|
| Trial briefs, proposed voir dire & jury instructions due | March 19, 2021 |
| **FIVE DAY JURY TRIAL** | **March 29, 2021 at 9:30 AM** |

IT IS SO ORDERED.

DATED this 2nd day of June, 2020.

ROBERT J. BRYAN
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

*s/Lorianne Hanson*
Peder Rigsby, WSBA #43733
peder.rigsby@bullivant.com
Lorianne Hanson, WSBA #53388
lorianne.hanson@bullivant.com
Bullivant Houser Bailey PC
925 4th Ave., Suite 3800
Seattle, WA 98104
Tel: 206-292-8930
Fax: 206-386-5130
*Attorneys for Defendant Chugach Federal Solutions, Inc.*

LONGSHOT LAW, INC.

*s/Chalmers Johnson*
Chalmers C. Johnson, WSBA # 40180
chalmersjohnson@gmail.com
Longshot Law, Inc.
PO Box 1575
Port Orchard, WA 98366
Tel: (425) 999-0900
*Attorney for Plaintiff*

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE
NO.: 3:19-CV-05483-RJB
PAGE 2
**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930